1  **STANTON T. MATHEWS & ASSOCIATES**
   **A Law Corp.**
2  24012 CALLE DE LA PLATA
   SUITE 320
3  LAGUNA HILLS, CALIFORNIA  92653
   (949)586-2235
4  (949)586-1806 fax
   By: PAUL W. RALPH, ESQ.
5  Bar No. 152555

6  Attorneys for Plaintiffs, Cruz Hernandez, a Minor

7

8                           **UNITED STATES DISTRICT COURT**

9                           **NORTHERN  DISTRICT OF CALIFORNIA**

10

11

12  CRUZ HERNANDEZ, a Minor, by and through his )   CASE NO.  C-06-3350 SBA
    Guardian ad Litem, ALICIA TELLES- )
13  HERNANDEZ,                        )
                                      )
14                 Plaintiffs,        )
                                      )           **MOTION FOR APPOINTMENT OF**
15  vs.                               )           **GUARDIAN AD LITEM**
                                      )
16  SUTTER MEDICAL CENTER OF SANTA ROSA, )
    DON CARLOS STEELE, M.D., NATASHA )
17  KAHL, M.D., and DOES 1 through 25, inclusive, )
                                      )
18                 Defendants.        )
    _____)

19  TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

20          Applicant, ALICIA TELLES-HERNANDEZ, the parent of CRUZ HERNANDEZ, seeks

21  appointment as guardian ad litem. ALICIA TELLES-HERNANDEZ resides at 2136 Citrine Way,

22  Santa Rosa, CA 95404. The guardian ad litem is to represent the interests of the CRUZ

23  HERNANDEZ who resides at 2136 Citrine Way, Santa Rosa, CA 95404. CRUZ HERNANDEZ is

24  a minor.

25          The court should appoint a guardian ad litem because CRUZ HERNANDEZ has a cause of

26  action for injuries due to medical negligence for which suit should be brought.  The appointment of

27  a guardian ad litem is necessary for representation of the minor's interests in the lawsuit.

28

1   The proposed guardian ad litem's relationship to the person she will be representing is
2 mother to the minor, CRUZ HERNANDEZ. The proposed guardian ad litem is fully competent and
3 qualified to understand and protect the rights of the person she will represent and has no interests
4 adverse to the interests of that person.
5   I declare, under penalty of perjury under the laws of the State of California that the foregoing
6 is true and correct.

7 DATED: July 11, 2006                STANTON T. MATHEWS & ASSOCIATES,
                                      *A LAW CORP*.
8

9
                                             __/S/_____
10                                    By:    PAUL W. RALPH, Attorneys for Plaintiff,
                                             CRUZ HERNANDEZ
11

12

13
   DATED: 5/27/06                     By:_/S/_____
14                                           ALICIA TELLES-HERNANDEZ, Applicant

15

16 I consent to the appointment as guardian ad litem under the above motion.

17

18 DATED: 5/17/06                     By:    _/S/_____
                                             ALICIA TELLES-HERNANDEZ
19

20
                                          **ORDER**
21
   **THE COURT FINDS** that it is reasonable and necessary to appoint a guardian ad litem for
22
   CRUZ HERNANDEZ, as requested.
23

24   **THE COURT ORDERS** that: ALICIA TELLES-HERNANDEZ
25 is hereby appointed as the guardian ad litem for: CRUZ HERNANDEZ
26 for the reasons set forth in the motion above.
27
   DATED: 6/27/06                     _Saundra B Armstrong_____
28                                           Judicial Officer