**Stanton T. Mathews & Associates**
**A Law Corp.**
24012 Calle de la Plata Suite 320
Laguna Hills, California 92653
(949) 586-2235 Fax (949) 586-1806
PAUL W. RALPH, ESQ., Bar No. 152555

Attorneys for Plaintiff, Cruz Hernandez, A Minor

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, DON CARLOS STEELE, M.D., NATASHA KAHL, M.D., and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. C 06-3350 SBA<br><br>**MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

Plaintiff, CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez, requests a continuance of the Case Management Conference presently set for September 28, 2006 at 2:45 p.m.. Plaintiff respectfully requests a continuance of at least 30 days in order to have all Defendant's properly made a party to the action served, and to complete a thorough review of medical records.

///

///

///

I declare, under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 21, 2006

STANTON T. MATHEWS & ASSOCIATES,
*A LAW CORP.*

By: /S/
PAUL W. RALPH, Attorneys for Plaintiff,
CRUZ HERNANDEZ

**DECLARATION OF PAUL RALPH**

I, Paul W. Ralph, declare and state as follows:

1. That I am an attorney at law in the State of California and a trial partner with Stanton T. Mathews & Associates, A Law Corp., attorneys of record for Plaintiff. The following is true of my own personal knowledge and, if called to do so, I could and would testify competently thereto.

2. This declaration is being offered in support of Plaintiff's Motion to Continue the Case Management Conference, set for September 28, 2006, at 2:45 p.m., via telephone. Plaintiff is requesting a continuance of the conference for at least 30 days. The deadlines established by the initial order setting the conference and ADR deadlines to be continued accordingly.

3. The present lawsuit was filed on May 22, 2006.

4. The lawsuit was filed in order to protect the statute of limitations on behalf of the minor Plaintiff. Because of the time constraints, the case had to be filed prior to the completion of the multiple expert reviews necessary. The medical records in this highly complex, birth-injury case are quite voluminous and involve a number of medical specialties.

5. The final review of records should be complete within the next 30 days and defendant's will be served with the summons and complaint. As such, no stipulation could be obtained in order to continue the case management conference.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on August 11, 2006 at Laguna Hills, California.

/S/
Paul W. Ralph, Declarant

**ORDER**

**THE COURT FINDS** that it is reasonable and necessary to continue the Case Management Conference as requested. **THE COURT ORDERS** the Case Management Conference set for September 28, 2006 at 2:45 p.m. be continued to November 1, 2006 at 3:00 p.m. via telephone for the reasons set forth in the motion above.

DATED:8/21/06

Saundra B. Armstrong
Judicial Officer