SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

450 Golden Gate Avenue, Ninth Floor
San Francisco, California 94102
Telephone: (415) 436-6909
Facsimile: (415) 436-6748
Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, NATASHA KAHL, M.D., DON CARLOS STEELE, M.D., AND DOES 1 TO 25, inclusive,<br><br>Defendants. | No. C 06-3350 SBA<br><br>STIPULATION AND PROPOSED ORDER OF DISMISSAL OF DON CARLOS STEELE, M.D. WITH PREJUDICE AND SUBSTITUTION OF THE UNITED STATES OF AMERICA PURSUANT TO THE FEDERAL TORT CLAIMS ACT |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. This is a medical malpractice action arising from the birth of Cruz Hernandez in October 2002. Plaintiff is CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez.

2. Plaintiff filed this action, naming as defendants SUTTER MEDICAL CENTER OF SANTA ROSA, NATASHA KAHL, M.D., DON CARLOS STEELE, M.D., AND DOES 1 TO 25.

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

1

3. The Court has subject matter jurisdiction under the Federal Tort Claims Act, 28 U.S.C.§§ 1346(b), 2401(b), and 2671-2680 ("FTCA"), a limited waiver of sovereign immunity making the United States liable for money damages for personal injuries in limited circumstances. In order for there to be liability against the United States, the injury must be caused by the negligent or wrongful acts or omissions of a federal employee acting within the scope of employment or a person deemed to be acting in furtherance of a federally-funded contract, where the United States, if a private individual, would be liable according to the law of the place where the incident occurred.

4. Plaintiff alleges in this action that Defendant DON CARLOS STEELE, M.D. was at the time of the events alleged in the complaint acting in furtherance of a federally funded federal funding agreement pursuant to the Indian Self-Determination and Education Assistance Act of 1975, ("ISDEAA"), Public Law 93-638, 88 Stat. 2203, Jan. 4, 1975, codified at 25 U.S.C. §§ 450a to n, which agreement was betwee the United States of America and the Sonoma County Indian Health Project.

5. Pursuant to 25 U.S.C § 450f(d), tribal organizations and Indian contractors are deemed part of the Public Health Service ("PHS") in the Department of Health and Human Services, and the FTCA is the exclusive remedy for personal injury, including death, caused by an employee or contractor, acting within the scope of their employment, while carrying out a contract, grant agreement, or cooperative agreement with a tribal organization for the provision of services in any facility owned, operated, or constructed under the jurisdiction of the Department of Health & Human Services–Indian Health Service ("DHHS–IHS").

6. The FTCA provides an exclusive remedy for plaintiff, if there is any at all, and by its provisions the FTCA limits the plaintiff to an action against the United States of America, not against the individual federal actor. 28 U.S.C. §2679 provides:

> (b)(1) The remedy against the United States provided by sections 1346 (b) and 2672 of this title for injury or loss of property, or personal injury or death arising or resulting from the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment is exclusive of any other civil action or proceeding for money

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

2

> damages by reason of the same subject matter against the employee whose act or omission gave rise to the claim or against the estate of such employee. Any other civil action or proceeding for money damages arising out of or relating to the same subject matter against the employee or the employee's estate is precluded without regard to when the act or omission occurred.

The exclusivity of the FTCA remedy is reinforced by other provisions of the Act. *See* 28 U.S.C. §§ 2672 (Recovery from or settlement with the United States precludes actions against employees); 2676 (Judgment in an FTCA action precludes suit against employees).

7. Therefore, the parties agree that plaintiff has no remedy against Dr. Steele and Dr. Steele should be dismissed as a defendant.

8. Likewise, the FTCA provides that the United States of America is the only proper named defendant in an action in tort against the federal government and the United States shall be substituted for the individually named federal actor, provided the plaintiff's complaint alleges the individually named defendant was acting at the time of the events alleged in the complaint as a federal employee or in furtherance of certain federally funded activities, such as those alleged in this case. *See* 28 U.S.C. §§ 1346(b)(1); 2679 (b)(1), (c), (d).

9. As a result of the foregoing, the parties hereby stipulate and agree that (1) Dr. Steele shall be dismissed with prejudice from the action and (2) the United States of America shall be substituted into the action as a defendant.

10. The caption shall be changed to CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez, Plaintiff v. SUTTER MEDICAL CENTER OF SANTA ROSA, NATASHA KAHL, M.D., UNITED STATES OF AMERICA, AND DOES 1 TO 25, inclusive, Defendants. The parties request that the Court enter the attached Order.

**SO STIPULATED.**

DATED: September 28, 2007

SCOTT N. SCHOOLS
United States Attorney

/Jonathan U. Lee/
JONATHAN U. LEE
Attorneys for the United States of America and Don Carlos Steele, M.D.

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

3

| | | |
|---|---|---|
| 1 | DATED: September 28, 2007 | STANTON T. MATHEWS & ASSOCIATES |
| 2 | | |
| 3 | | STANTON T. MATHEWS, ESQ. |
| 4 | | Attorneys for PLAINTIFF |
| 5 | DATED: September 28, 2007 | LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES |
| 6 | | |
| 7 | | BARRY VOGEL, ESQ. |
| 8 | | Attorneys for Defendant SUTTER MEDICAL CENTER. |
| 9 | DATED: September 28, 2007 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| 10 | | |
| 11 | | MARTHA J. JAMES, ESQ.. |
| 12 | | Attorneys for Defendant NATASHA KAHL, M.D. . |

**PROPOSED ORDER**

**IT IS SO ORDERED.**

DATED: October 11, 2007

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

4

| | | |
|---|---|---|
| 1 | DATED: September 28, 2007 | STANTON T. MATHEWS & ASSOCIATES |
| 2 | | |
| 3 | | _____ |
| | | STANTON T. MATHEWS, ESQ. |
| | | Attorneys for PLAINTIFF |
| 4 | | |
| 5 | DATED: September 28, 2007 | LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES |
| 6 | | |
| 7 | | _Barry Vogel_ |
| | | BARRY VOGEL, ESQ. |
| | | Attorneys for Defendant SUTTER MEDICAL CENTER. |
| 8 | | |
| 9 | | |
| 10 | DATED: September 28, 2007 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| 11 | | _____ |
| 12 | | MARTHA J. JAMES, ESQ. |
| | | Attorneys for Defendant NATASHA KAHL, M.D. |

**PROPOSED ORDER**

IT IS SO ORDERED.

DATED: October ___, 2007

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

4

| | | |
|---|---|---|
| 1 | DATED: September 28, 2007 | STANTON T. MATHEWS & ASSOCIATES |
| 2 | | |
| 3 | | STANTON T. MATHEWS, ESQ.<br>Attorneys for PLAINTIFF |
| 4 | | |
| 5 | DATED: September 28, 2007 | LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES |
| 6 | | |
| 7 | | BARRY VOGEL, ESQ.<br>Attorneys for Defendant SUTTER MEDICAL CENTER. |
| 8 | | |
| 9 | DATED: September 28, 2007 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| 10 | | |
| 11 | | MARTHA J. JAMES, ESQ..<br>Attorneys for Defendant NATASHA KAHL, M.D.. |
| 12 | | |

**PROPOSED ORDER**

**IT IS SO ORDERED.**

DATED: October ___, 2007

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

4

| | | |
|---|---|---|
| 1 | DATED: September 28, 2007 | STANTON T. MATHEWS & ASSOCIATES |
| 2 | | |
| 3 | | _____<br>STANTON T. MATHEWS, ESQ.<br>Attorneys for PLAINTIFF |
| 4 | | |
| 5 | DATED: September 28, 2007 | LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES |
| 6 | | |
| 7 | | _____<br>BARRY VOGEL, ESQ.<br>Attorneys for Defendant SUTTER MEDICAL CENTER. |
| 8 | | |
| 9 | DATED: September 28, 2007 | GALLOWAY, LUCCHESE, EVERSON & PICCHI |
| 10 | | |
| 11 | | _____<br>MARTHA J. JAMES, ESQ..<br>Attorneys for Defendant NATASHA KAHL, M.D. . |
| 12 | | |

**PROPOSED ORDER**

IT IS SO ORDERED.

DATED: October ___, 2007

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

4