**Stanton T. Mathews & Associates**
**A Law Corp.**
**24012 Calle de la Plata Suite 320**
**Laguna Hills, California 92653**
**(949) 586-2235 Fax (949) 586-1806**

**STANTON T. MATHEWS, Bar No. 99058**
**RONALD B. FUNK, Bar No. 185896**
**MARCIA E. DEPEW, Bar No. 239231**

Attorneys for Plaintiff, Cruz Hernandez, A Minor

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, DON CARLOS STEELE, M.D., NATASHA KAHL, M.D., and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 4:06CV03350-SBA<br><br>**REQUEST FOR ORDER FOR PRIVATE MEDIATION; STIPULATION OF ALL COUNSEL; DECLARATION OF STANTON T. MATHEWS**<br><br>MSC DATE: March 19, 2008<br>Trial Date: June 2, 2008 |

## DECLARATION OF STANTON T. MATHEWS

I, STANTON T. MATHEWS, declare:

1. That I am an attorney at law authorized to practice in the courts in the State of California, and I am a trial partner with Stanton T. Mathews & Associates, A Law Corp., attorneys of record for Plaintiff, CRUZ HERNANDEZ. The following is true of my own personal knowledge and, if called to do so, I could and would testify competently thereto.

2. This declaration is being offered in support of a request for an Order from the Court for private mediation.

3. This is a medical negligence action arising from the birth of CRUZ HERNANDEZ in October, 2002. Plaintiff is CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez.

4. Counsel have met and conferred regarding the presently scheduled Mandatory Settlement Conference set for March 19, 2008 in front of Magistrate Larson. The allotted amount of time for the Mandatory Settlement Conference is only three (3) hours.

5. Counsel agree that due to the complex nature of the litigation of this case, it would be more beneficial if counsel attended a voluntary mediation before an agreed upon mediator for a period of more than three hours.

6. Counsel have stipulated to allow Daniel Kelly, Esquire, of the law firm of Walkup, Melodia, Kelly, Wecht & Schoenberger, and also an experienced mediator in medical negligence cases, to act as mediator in this matter.

7. Mr. Kelly has the entire day of March 19, 2008, the same date as the presently scheduled Mandatory Settlement Conference, available to mediate this case.

8. The parties herein, through their respective counsel of record, respectfully request an Order providing for a private mediation to take the place of the presently scheduled Mandatory Settlement Conference on March 19, 2008.
2
**REQUEST FOR ORDER FOR PRIVATE MEDIATION; STIPULATION OF ALL COUNSEL; DECLARATION OF STANTON T. MATHEWS**

9. The parties herein, through their respective counsel of record, respectfully request the Court enter the attached Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of March, 2008 at Laguna Hills, California

_____
STANTON T. MATHEWS

**SO STIPULATED**.

DATED: March 14, 2008    STANTON T. MATHEWS & ASSOCIATES, *A Law Corp.*

By: _____
STANTON T. MATHEWS
Attorneys for Plaintiff,
CRUZ HERNANDEZ, A Minor

DATED:    LAFOLLETTE, JOHNSON, DEHAAS, FESLER & AMES

By: _____
Attorneys for SUTTER MEDICAL CENTER

DATED:    GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
Attorneys for NATASHA KAHL, M.D.

DATED:                    ASSISTANT UNITED STATES ATTORNEY


                          By: _____
                              JONATHAN U. LEE,
                              Attorneys for UNITED STATES OF AMERICA



**ORDER**


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: 3/13/08                    _____*Saundra B Armstrong*_____
                                  JUDGE SAUNDRA BROWN ARMSTRONG
                                  UNITED STATES DISTRICT COURT

4
**REQUEST FOR ORDER FOR PRIVATE MEDIATION; STIPULATION OF ALL COUNSEL;
DECLARATION OF STANTON T. MATHEWS**