JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

   450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
   Telephone:     (415) 436-6909
   Facsimile:     (415) 436-6748
   Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez, <br><br> Plaintiff, <br><br> v. <br><br> SUTTER MEDICAL CENTER OF SANTA ROSA, NATASHA KAHL, M.D., DON CARLOS STEELE, M.D., AND DOES 1 TO 25, inclusive, <br><br> Defendants. | No. C 06-3350 SBA <br><br> **REVISED STIPULATION AND PROPOSED ORDER REGARDING PRETRIAL DEADLINES** |

      SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

      1.     Plaintiff's deadline for provision of expert witness reports and disclosure under FRCP 26 is extended from February 29, 2008 to March 14, 2008. Plaintiff will make this disclosure by actual delivery on March 14, 2008, by e-mail with attachment of scanned documents.

      2.     Defendants' deadline for provision of expert witness reports and disclosure under FRCP 26 is extended from March 14, 2008 to April 4, 2008. Defendants will make this

1  disclosure by actual delivery on April 4, 2008, by e-mail with attachment of scanned documents.

2      3.    Plaintiff's deadline for provision of rebuttal expert reports is no later than
3  Wednesday, April 9, 2008, at 12:00 p.m., by e-mail with attachment of scanned documents.

4      4.    The deadline for completion of expert discovery is extended from April 18, 2008
5  to May 2, 2008.

6      5.    The deadline for hearing on any dispositive motion remains May 6, 2008.

7      6.    The pretrial conference date of May 20, 2008 is unchanged.  The June 2, 2008,
8  trial date is unchanged.

9      7.    This stipulation is offered to resolve the issues presented in plaintiff's untimely
10 motion filed on March 5, 2008 (Docket #40).  Plaintiff hereby withdraws the motion.

11     8.    This is the second change in the pretrial order.  The Court issued the pretrial order
12 on April 6, 2007 (Docket #32).  The parties submitted a proposed stipulation and order changing
13 pretrial deadlines, which the Court approved on November 6, 2007 (Docket #38).

14 **SO STIPULATED**.

15 DATED: March 13, 2008        JOSEPH P. RUSSONIELLO
                                 United States Attorney
16

17                                    /s/
                                 JONATHAN U. LEE
18                                  Attorneys for the United States of America

19
20 DATED: March 13, 2008        STANTON T. MATHEWS & ASSOCIATES

21                                  /s/
                                 STANTON T. MATHEWS, ESQ.
22                                  Attorneys for PLAINTIFF

23
24 DATED: March 13, 2008        LAFOLLETTE, JOHNSON, DEHAAS, FESLER &
                                 AMES

25                                  /s/
                                 LOUIS DEHAAS, ESQ.
26                                  Attorneys for Defendant SUTTER MEDICAL
                                 CENTER.
27
28

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

1  DATED: March 13, 2008                GALLOWAY, LUCCHESE, EVERSON &
2                                        PICCHI

3                                        /s/
                                         PATRICK GALLOWAY, ESQ.
4                                        Attorneys for Defendant NATASHA KAHL, M.D. .

5

6                                **ORDER**

7      **IT IS SO ORDERED.**

8

9  DATED: March 26, 2008                _Saundra B Armstrong_
                                         SAUNDRA BROWN ARMSTRONG
10                                       UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA