UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, DON CARLOS STEELE, M.D., NATASHA KAHL, M.D., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No: C 06-3350 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION PURSUANT TO CIVIL L.R. 7-9** |

On April 30, 2009, Plaintiff filed a Motion for Leave to File Motion for Reconsideration Pursuant to Civil L.R. 7-9 ("Motion for Leave"). (Docket 209.) Specifically, Plaintiff's motion is directed to the Court's Order issued on March 27, 2009 denying Plaintiff's Fourth Amended Motion for Order Authorizing Compromise of Minor's Claim and Attorney Costs Only. (Docket 203.) Accordingly,

IT IS HEREBY ORDERED THAT by no later than May 4, 2009, Defendant shall file an opposition or statement of non-opposition to Plaintiff's Motion for Leave. Defendant's response shall not exceed five (5) pages.

IT IS SO ORDERED.

Dated: May 1, 2009

Hon. Saundra Brown Armstrong
United States District Judge