**Mathews Funk & Associates**
A Law Corp.
**24012 Calle de la Plata Suite 320**
**Laguna Hills, California  92653**
**(949) 586-2235 Fax (949) 586-1806**

**STANTON T. MATHEWS, Bar No. 99058**
**RONALD B. FUNK, Bar No. 185896**
**MARCIA E. DEPEW, Bar No. 239231**

**Attorneys for Plaintiff, Cruz Hernandez, A Minor**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | CASE NO.  4:06CV03350-SBA<br><br>**ORDER RE PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Trial Date:  May 18, 2009 |

Pursuant to Plaintiff's Motion for Reconsideration of the Court's Order regarding Plaintiff's Fourth Amended Motion for Approval of Minor's Compromise, and the Court having considered Plaintiff counsel's supporting Memorandum of Points and Authorities and Declaration of Stanton T. Mathews and Declaration of Alicia Hernandez,

IT IS HEREBY ORDERED that:

1. Petitioner is authorized for and on behalf of the minor to compromise the claim of CRUZ HERNANDEZ for the sum of $29,999.99 against SUTTER MEDICAL CENTER OF SANTA ROSA and the additional sum of $29,999.99 against NATASHA KAHL, M.D.

---

*[PROPOSED]* **ORDER RE PLAINTIFF'S MOTION FOR RECONSIDERATION**

1

2. That she be authorized to sign on behalf of the minor's settlement agreement or release of all claims arising out of the subject injury.

3. That she be further authorized to execute a Dismissal with Prejudice as to SUTTER MEDICAL CENTER OF SANTA ROSA and NATASHA KAHL, M.D.,

4. That she be further authorized to pay Mathews Funk & Associates the sum of $54,206.94 as reimbursement of costs advanced by said attorneys from the settlement funds of this action;

5. That the remaining balance of $5,793.04 be used to provide for experts and costs for trial and deposited into the attorney-client trust account of Plaintiff's counsel for tracking and accountability.

IT IS SO ORDERED.

DATED:     5/5/09

_Saundra B. Armstrong_
HONORABLE SAUNDRA B. ARMSTRONG
Judge of the U.S. District Court,
Northern District of California