**Mathews Funk & Associates**
**A Law Corp.**
**24012 Calle de la Plata Suite 320**
**Laguna Hills, California  92653**
**(949) 586-2235 Fax (949) 586-1806**

**STANTON T. MATHEWS, Bar No. 99058**
**RONALD B. FUNK, Bar No. 185896**
**MARCIA E. DEPEW, Bar No. 239231**

**Attorneys for Plaintiff, Cruz Hernandez, A Minor**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO.  4:06CV03350-SBA<br><br>**ORDER GRANTING CRUZ HERNANDEZ PERMISSION TO BRING CERTAIN EQUIPMENT INTO THE COURT**<br><br>**Trial Date:  May 18, 2009** |

Comes now Plaintiff, CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Tells-Hernandez, and hereby submits the following request to use electronic equipment at trial:

1. Laptop Computer

2. Laptop power cord

3. Projector

4. Power cord for projector

5. DVI adapter

6.Video cable

7.Musical cube (child's toy)

The Court hereby ORDERS that CRUZ HERNANDEZ be permitted to bring the above listed electronic equipment into this Court for use at trial, entitled CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez, v. UNITED STATES OF AMERICA, U.S.D.C., Northern District of California, Case No. 4:06CV03350-SBA.

IT IS SO ORDERED.

DATED:_5/15/09

By: *Saundra B Armstrong*
HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge