1

**Mathews Funk & Associates**
**A Law Corp.**
2
**24012 Calle de la Plata Suite 320**
**Laguna Hills, California  92653**
3
**(949) 586-2235 Fax (949) 586-1806**

4
**STANTON T. MATHEWS, Bar No. 99058**
**RONALD B. FUNK, Bar No. 185896**
5
**MARCIA E. DEPEW, Bar No. 239231**

6
**Attorneys for Plaintiff, Cruz Hernandez, A Minor**

7

8
**UNITED STATES DISTRICT COURT**

9
**NORTHERN DISTRICT OF CALIFORNIA**

10
**OAKLAND DIVISION**

11

CRUZ HERNANDEZ, a minor, by and ) CASE NO.  06-3350 SBA
12
through his Guardian ad Litem, Alicia )
Telles-Hernandez, )
13
) **REQUEST FOR DISMISSAL WITH PREJUDICE**
                              Plaintiff, ) **AS TO DEFENDANT SUTTER MEDICAL**
14
) **CENTER OF SANTA ROSA;   ORDER**
vs. )
15
)
UNITED STATES OF AMERICA, ) **Trial Date:  May 18, 2009**
16
)
                              Defendant. )
17
)
)
18
)
)
19                                                          )

20

21        Plaintiff, CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem,

22  Alicia Hernandez, and Defendant, SUTTER MEDICAL CENTER OF SANTA ROSA,

23  have entered into a settlement agreement, and the Court having previously granted

24  approval of the settlement and minor's compromise, Plaintiff hereby agrees to dismiss

25  with prejudice, Defendant, SUTTER MEDICAL CENTER OF SANTA ROSA.

26  ///

27  ///

28  ///

1  DATED:  May 13, 2009                    MATHEWS FUNK & ASSOCIATES
                                           *A Law Corp.*
2

3

4                                          By:  _____/s/_____
                                                STANTON T. MATHEWS
5                                               Attorneys for Plaintiff,
                                                CRUZ HERNANDEZ, a Minor, by and
6                                               Through his Guardian ad Litem,
                                                Alicia Hernandez
7

8

9                                   **O R D E R**

10

11        IT IS HEREBY ORDERED pursuant to FRCP 41 (a)(2) together with the Court's

12   previous Order approving Minor's Compromise in the above-captioned matter, that

13   Defendant, SUTTER MEDICAL CENTER OF SANTA ROSA, be dismissed with

14   prejudice.

15

16

17   DATED:5/20/09                          _____
                                            HONORABLE SAUNDRA B. ARMSTRONG
18                                          UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28