JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney
EDWARD A. OLSEN (SBN 214150)
Assistant United States Attorney

   450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
   Telephone:   (415) 436-6909
   Facsimile:   (415) 436-6748
   Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 06-3350 SBA <br><br> **REVISED TRIAL STIPULATIONS** <br><br> *Trial Date:  May 18, 2009* |

The parties, modifying their Joint Pretrial Statement, Part 2 "Factual Basis of the Action," subpart D "Stipulations," stipulate as follows:

1. All records obtained in this action via subpoenas by the parties are deemed authenticated. Other objections are reserved.
2. The parties stipulate that copies of the documents may be used at trial in place of originals.
3. The parties stipulate that copies of deposition transcripts may be used at trial in place of original transcripts.
4. The parties stipulate that lead trial counsel will notify lead trial counsel by 12:00 noon and in writing on each trial day of the witnesses to be called on the following trial day, beginning with the day preceding the first day of trial.
5. Regarding Dr. Steele's status as a defendant and the substitution of the United States of America as a defendant in Dr. Steele's place, as mentioned above, the parties previously submitted a stipulation dated October 11, 2007, which the Court signed as an order, the terms of which are incorporated by reference. Docket #36.
6. To increase efficiency of the parties' use of time at trial, the parties have agreed that the Rule 26 reports of their expert economists may be offered in evidence, in lieu of live testimony by the expert. Plaintiff's expert is Wayne Lancaster. Defendant's expert is Mark Cohen.
7. To increase efficiency of the parties' use of time at trial, the parties have agreed that the Rule 26 reports of their expert medical doctors in the practice of physiatry may be offered in evidence, in lieu of live testimony by the expert. Plaintiff's expert is Kimberly BeDell, M.D. Defendant's expert is Joseph Capell, M.D.
8. Regarding item number 7 above, with respect to the subject of the physiatrists' estimates of the life expectancy of Cruz Hernandez, the parties have reached agreement that Cruz Hernandez's life expectancy is 22 years of age, for purposes

1       of this trial. This agreement regarding life expectancy will supercede the life
2       expectancy discussion in the experts' reports.
3   9.   As a further possible time-saving mechanism, the parties further agree that either
4       side may elect to offer the Rule 26 report of their life care planning expert into
5       evidence, in lieu of live trial testimony and without objection by the opposing
6       party. Plaintiff's expert is Ann Barnes. Defendant's expert is Linda Olzack.

Stipulations 1-5 are unchanged. Stipulations 6-9 have been added.

DATED: May 13, 2009          MATHEWS FUNK & ASSOCIATES
                                      A Law Corp.

                                      By: __/s/_____
                                      STANTON T. MATHEWS
                                      Attorneys for Plaintiff, CRUZ HERNANDEZ, a
                                      minor, by and through his Guardian ad Litem,
                                      Alicia Telles-Hernandez

DATED: May 21, 2009          JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      _____/s/_____
                                      JONATHAN U. LEE
                                      EDWARD A. OLSEN
                                      Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 20, 2009

                                *Saundra B Armstrong*
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge