UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No: C 06-3350 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR POST-TRIAL BRIEFS** |

    Trial in the above-captioned matter is scheduled to conclude on June 9, 2009. As indicated in Court on May 21, 2009, the Court desires post-trial briefing by both parties. The Court clarifies its directions regarding such briefing as set forth below. Accordingly,

    IT IS HEREBY ORDERED THAT:

    1.    Plaintiff and Defendant shall simultaneously file their post-trial closing briefs by no later than **July 10, 2009**. Each memorandum shall set forth the parties' respective arguments with regard to the claims and issues to be resolved by the Court following trial. The parties shall support their positions with citations to relevant legal authorities as well as references to any supporting testimony or evidence admitted at trial. If the evidence cited is contained in the exhibit binders previously lodged with the Court, the parties may cite to the particular exhibit (i.e., "Pl.'s Ex. at 1"), and need not resubmit such documents. Any evidence that was not included in the binders shall be submitted to the Court as an exhibit in support of the post-trial brief. With regard to witness testimony, citations to the Reporter's Transcript are helpful, but *not* required. However, in the absence of a Reporter's Transcript citation, the party should endeavor to articulate the witness's testimony with sufficient particularity to enable the Court to identify and review the particular testimony at issue.

2. Each party may file a response to the opposing party's opening brief by no later than **July 31, 2009**.

3. The parties' briefs shall comply with Local Rule 7-4(a). The post-trial brief shall not exceed 30 pages in length. The response brief shall not exceed 20 pages in length.

4. The parties shall submit revised proposed Findings of Fact and Conclusions of Law by no later than **July 31, 2009**.

5. In view of the United States' prior substitution as a party-defendant in place of Dr. Carlos Steele, the Clerk shall amend the official caption in this case to match the above caption of this Order.

IT IS SO ORDERED.

Dated: May 21, 2009                                          _____
                                                             Hon. Saundra Brown Armstrong
                                                             United States District Judge