**Mathews Funk & Associates**
**A Law Corp.**
**24012 Calle de la Plata Suite 320**
**Laguna Hills, California  92653**
**(949) 586-2235 Fax (949) 586-1806**

**STANTON T. MATHEWS, Bar No. 99058**
**RONALD B. FUNK, Bar No. 185896**
**MARCIA E. DEPEW, Bar No. 239231**

**Attorneys for Plaintiff, Cruz Hernandez, A Minor**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO.  06-3350-SBA <br><br> **STIPULATION AND PROPOSED ORDER** <br><br> **Trial Date:  May 18, 2009** |

SUBJECT TO THE APPROVAL OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. The opinion testimony of all medical experts submitted in this matter is agreed to have been proffered by them to a reasonable degree of medical probability.

2. The parties' respective positions regarding the weight of the experts' testimony are preserved.

1
**STIPULATION AND PROPOSED ORDER**

3.  The parties agree to admit the medical experts' reports into evidence.

**SO STIPULATED**.

DATED:  June 5, 2009                    MATHEWS FUNK & ASSOCIATES,
                                        *A Law Corp.*


                                        By:  _____/s/_____
                                            STANTON T. MATHEWS
                                            Attorneys for Plaintiff,
                                            CRUZ HERNANDEZ, A Minor


DATED:  June 5, 2009                    JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        By:  _____/s/_____
                                            JONATHAN U. LEE
                                            Attorneys for Defendant,
                                            UNITED STATES OF AMERICA




**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:6/8/09                            _____
                                        SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE