G. PATRICK GALLOWAY, ESQ. (State Bar No. 49442)
MARTHA J. JAMES, ESQ. (State Bar No. 166081)
GALLOWAY, LUCCHESE, EVERSON & PICCHI
A Professional Corporation
1676 North California Blvd., Suite 500
Walnut Creek, CA 94596-4183
Tel. No. (925) 930-9090
Fax No. (925) 930-9035
E-mail: mjames@glattys.com

Attorneys for Defendant
NATASHA KAHL, M.D.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER MEDICAL CENTER OF SANTA ROSA, DON CARLOS STEELE, M.D., NATASHA KAHL, M.D., and DOES 1 through 25, inclusive,,<br><br>Defendants. | Case No.  4:06CV3350-SBA<br><br>Hon. Saundra B. Armstrong<br><br>**STIPULATION OF DISMISSAL (WITH PREJUDICE) AS TO DEFENDANT NATASHA KAHL, M.D.; [PROPOSED] ORDER**<br><br>**Trial:**  May 18, 2009 |

IT IS HEREBY STIPULATED by and between CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez, Plaintiff and NATASHA KAHL, M.D., defendant, through their counsel of record that the above entitled action is dismissed, with prejudice, as to defendant NATASHA KAHL, M.D., only, pursuant to FRCP 41(a)(1).

//

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

1

**4:06CV3350-SBA:  STIPULATION OF DISMISSAL (WITH PREJUDICE) AS TO DEFENDANT NATASHA KAHL, M.D.; [PROPOSED] ORDER**           360-7909/MJJ/361339

Dated: May 7, 2009

/s/
By: _____
ALICIA TELLES HERNANDEZ, as Guardian ad Litem for CRUZ HERNANDEZ, a minor

Dated:

STANTON T. MATTHEWS & ASSOC.

/s/
By: _____
Stanton T. Matthews, Esq.

Attorney for Plaintiff CRUZ HERNANDEZ, A MINOR, BY AND THROUGH HIS GUARDIAN AD LITEM, ALICIA TELLES-HERNANDEZ

Dated: May 18, 2009

GALLOWAY, LUCCHESE, EVERSON & PICCHI

/s/
By: _____
G. PATRICK GALLOWAY
Attorneys for Defendant
Natasha Kahl, M.D.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 6/8/09_____

*Sandra B. Armstrong*
_____
The Hon. Saundra B. Armstrong
UNITED STATES DISTRICT JUDGE

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

2

**4:06CV3350-SBA: STIPULATION OF DISMISSAL (WITH PREJUDICE) AS TO DEFENDANT NATASHA KAHL, M.D.; [PROPOSED] ORDER**

360-7909/MJJ/361339