JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. C 06-3350 SBA <br><br> **STIPULATION AND ORDER** |

       WHEREAS, the Court ordered post-trial briefing by order filed May 22, 2009, with the first post-trial closing briefing due July 10, 2009 (see Dkt. 231);

       WHEREAS, plaintiff's counsel has requested a one week extension of this deadline to July 17, 2009; and

       WHEREAS, defense counsel agrees to this request.

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. The time for filing of the post-trial closing brief described in paragraph 1 of the Court's Order filed May 22, 2009 (Dkt. 231) is extended from July 10, 2009 to July 17, 2009.

**SO STIPULATED.**

DATED: July 9, 2009  JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
JONATHAN U. LEE
Attorneys for the United States of America

DATED: July 9, 2009  STANTON T. MATHEWS & ASSOCIATES

_____/s/_____
STANTON T. MATHEWS, ESQ.
Attorneys for PLAINTIFF

**PROPOSED ORDER**

**IT IS SO ORDERED.**

DATED: July 10, 2009  _____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA