JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Ninth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 06-3350 SBA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

    WHEREAS, the Court ordered post-trial briefing by order filed May 22, 2009 (see Dkt. 231);

    WHEREAS, according to this order, on July 31, 2009, each party may file a response to the opposing party's opening brief and shall submit revised proposed Findings of Fact and Conclusions of Law, Dkt. 231, ¶¶ 2, 4;

    WHEREAS, the parties have agreed to a one week extension of the July 31, 2009 deadline to August 7, 2009.

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

1

THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AS FOLLOWS:

1. The time for filing by each party of (1) a response to the opposing party's opening brief and (2) revised proposed Findings of Fact and Conclusions of Law, Dkt. 231, ¶¶ 2, 4 is extended from July 31, 2009 to August 7, 2009.

**SO STIPULATED.**

DATED: July 24, 2009          JOSEPH P. RUSSONIELLO
                              United States Attorney


                              ___/s/_____
                              JONATHAN U. LEE
                              Attorneys for the United States of America


DATED: July 24, 2009          STANTON T. MATHEWS & ASSOCIATES


                              ___/s/_____
                              STANTON T. MATHEWS, ESQ.
                              Attorneys for Plaintiff

**~~PROPOSED~~ ORDER**

**IT IS SO ORDERED.**


DATED: July 24, 2009          _Saundra B Armstrong_____
                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge

STIPULATION AND PROPOSED ORDER
No. C 06-3350 SBA

2