UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No:  C  06-3350 SBA <br><br> **JUDGMENT** |

In accordance with the Findings of Fact and Conclusions of Law issued today,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Plaintiff.

IT IS SO ORDERED.

Dated: September 30, 2009

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge