**Mathews Funk & Associates**
**A Law Corp.**
**24012 Calle de la Plata Suite 320**
**Laguna Hills, California 92653**
**(949) 586-2235 Fax (949) 586-1806**

STANTON T. MATHEWS, Bar No. 99058
RONALD B. FUNK, Bar No. 185896
MARCIA E. DEPEW, Bar No. 239231

Attorneys for Plaintiff, Cruz Hernandez, A Minor

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian ad Litem, Alicia Telles-Hernandez,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 06-3350-SBA<br><br>**STIPULATION AND ORDER REGARDING MINORS COMPROMISE HEARING BEFORE MAGISTRATE JUDGE ELIZABETH D. LAPORTE**<br><br>Trial Date: May 21, 2009 |

SUBJECT TO THE APPROVAL AND ORDER OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AND REQUEST AS FOLLOWS:

1. Magistrate Judge Elizabeth D. Laporte be allowed to preside over the Minors Compromise Hearing on the above entitled matter. Judge Laporte has spent 6.5 hours personally conducting two settlement conferences

---

1
**STIPULATION AND PROPOSED ORDER REGARDING MINORS COMPROMISE HEARING BEFORE MAGISTRATE JUDGE ELIZABETH D. LAPORTE**

between the parties as well as reviewing responsive letter updates to the court by both parties between the two conferences. Given the time and knowledge investment of this settlement by Judge Laporte not only is judicial economy best served but so is the best interest of the parties.

2. Stay the hearing on the Motion For New Trial or in the Alternative, to Alter or Amend Findings and Conclusions by United States of America [Docket #264] presently set for February 23, 2010, [Docket #269] as well as court ordered briefing dates for 60 days.

3. The parties attended settlement conferences with Magistrate Laporte on November 13, 2009 and December 18, 2009. On December 18, 2009, plaintiff and her counsel signed a settlement agreement. The signed settlement agreement requires the review and approval of the Attorney General's designees which is ongoing at this time. Trial counsel for the parties are working diligently on completing the steps necessary before the agreement is reviewed and a decision made by the Attorney General's designees.

**SO STIPULATED**.

DATED: January 22, 2010        MATHEWS FUNK & ASSOCIATES,
                               *A Law Corp.*


                               By: _____/s/_____
                                   STANTON T. MATHEWS
                                   Attorneys for Plaintiff,
                                   CRUZ HERNANDEZ, A Minor

DATED: January 22, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____/s/_____
JONATHAN U. LEE
Attorneys for Defendant,
UNITED STATES OF AMERICA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/25/10

*Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE