**Mathews Funk & Associates**
**A Law Corp.**
24012 Calle de la Plata Suite 320
Laguna Hills, California 92653
(949) 586-2235 Fax (949) 586-1806

STANTON T. MATHEWS, Bar No. 99058
RONALD B. FUNK, Bar No. 185896
MARCIA E. DEPEW, Bar No. 239231

Attorneys for Plaintiff, Cruz Hernandez, A Minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendants. | No. C 06-3350 SBA <br><br> **STIPULATION AND ORDER FURTHER STAY OF PROCEEDINGS** <br><br> Trial Date: May 21, 2009 |

SUBJECT TO THE APPROVAL AND ORDER OF THE COURT, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, STIPULATE AND REQUEST AS FOLLOWS:

    1. On January 22, 2010, the parties submitted a stipulation and proposed order [Docket #280], requesting: (1) that Magistrate Judge Elizabeth D. Laporte be allowed to preside over the Minor's Compromise Hearing on the above entitled matter and (2) that the hearing on the Motion For New Trial or in the Alternative, to Alter or Amend Findings and Conclusions by United States of America [Docket #264] set for February 23, 2010, [Docket #269], as well as court ordered briefing dates, be stayed for 60 days.

**STIPULATION AND PROPOSED ORDER REGARDING STAY OF FURTHER PROCEEDINGS**
C 06-3350 SBA                             1

2. The Court granted the stipulation and proposed order.

3. As noted in the previous stipulation, the parties attended settlement conferences with Magistrate Laporte on November 13, 2009 and December 18, 2009. On December 18, 2009, plaintiff and her counsel signed a settlement agreement. The signed settlement agreement requires the review and approval of the Attorney General's designees which is ongoing at this time. Trial counsel for the parties are working diligently on completing the steps necessary before the agreement is reviewed and a decision made by the Attorney General's designees.

4. The parties note that the 60 day stay will expire on April 24, 2010. The parties hereby request that the stay be extended to June 29, 2010.

**SO STIPULATED**.

DATED: March 31, 2010                MATHEWS FUNK & ASSOCIATES,
                                     *A Law Corp.*

                                     By: _____/s/_____
                                         STANTON T. MATHEWS
                                         Attorneys for Plaintiff,
                                         CRUZ HERNANDEZ, A Minor


DATED: March 31, 2010                JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                     By: _____/s/_____
                                         JONATHAN U. LEE
                                         Attorneys for Defendant,
                                         UNITED STATES OF AMERICA

**STIPULATION AND PROPOSED ORDER REGARDING STAY OF FURTHER PROCEEDINGS**
C 06-3350 SBA                           2

Pursuant to General Order 45(X), I attest that I have obtained Stanton T. Mathews' concurrence in the filing of this document.

DATED: March 31, 2010                    JOSEPH P. RUSSONIELLO
                                         United States Attorney


                                         By: _____/s/_____
                                             JONATHAN U. LEE
                                             Attorneys for Defendant,
                                             UNITED STATES OF AMERICA


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 4/1/10                            _____
                                         SAUNDRA B. ARMSTRONG
                                         UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER REGARDING STAY OF FURTHER PROCEEDINGS**
C 06-3350 SBA                              3