1  **Mathews Funk & Associates**
      **A Law Corp.**
2  **24012 Calle de la Plata Suite 320**
   **Laguna Hills, California  92653**
3  **(949) 586-2235 Fax (949) 586-1806**

4  **STANTON T. MATHEWS, Bar No. 99058**
   **RONALD B. FUNK, Bar No. 185896**
5  **MARCIA E. DEPEW, Bar No. 239231**

6  Attorneys for Plaintiff, Cruz Hernandez, A Minor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CRUZ HERNANDEZ, a minor, by and through his Guardian Ad Litem, Alicia Telles-Hernandez,<br><br>                  Plaintiff,<br><br>                  v.<br><br>UNITED STATES OF AMERICA,<br><br>                  Defendant. | No. C 06-3350 SBA<br><br>**STIPULATION AND ORDER REGARDING  DISMISSAL OF ACTION IN FULL** |

    Pursuant to full and final settlement of the above-captioned matter and approval by the Court herein,

    IT IS HEREBY STIPULATED by the parties through their respective counsel of record that the above-captioned matter be dismissed in its entirety with prejudice.

    SO STIPULATED.

///

///

///

| | |
|---|---|
| DATED:  July 6, 2010 | MATHEWS FUNK & ASSOCIATES,<br>*A Law Corp.* |
| | By: _____/s/_____<br>STANTON T. MATHEWS<br>Attorneys for Plaintiff,<br>CRUZ HERNANDEZ, A Minor |
| DATED:  July 6, 2010 | JOSEPH P. RUSSONIELLO<br>UNITED STATES ATTORNEY |
| | By: _____/s/_____<br>JONATHAN U. LEE<br>Assistant United States Attorney<br>Attorney for Defendant,<br>UNITED STATES OF AMERICA |

**ORDER**

Pursuant to stipulation, it is so ordered.

DATED:  July 8, 2010         _____
                             HON. SAUNDRA B. ARMSTRONG
                             United States District Judge